IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEMARGIONA SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: ) 1:17-cv-00958-VEH ) |
| COOSA VALLEY MEDICAL CENTER, | ) ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

All the parties to the above-styled civil action stipulate that this civil action may be dismissed without prejudice and with each party to bear its own costs.

_____
Gregory O. Wiggins
Attorney for Plaintiff

**OF COUNSEL:**
WIGGINS, CHILDS, PANTAZIS,
FISHER & GOLDFARB
The Kress Building
301 19th Street North
Birmingham, AL 35203
gwiggins@wigginschilds.com

/s/ William K. Hancock
William K. Hancock
Attorney for Defendant

**OF COUNSEL:**
GALLOWAY, SCOTT, MOSS & HANCOCK, LLC
2200 Woodcrest Place, Suite 310
Birmingham, AL 35209
205.949.5580
205.949.5581 *fax*
Will.Hancock@gallowayscott.com