# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **DEMARGIONA SMITH,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:17-CV-0958-VEH |
| **COOSA VALLEY MEDICAL CENTER,** | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

All parties hereto have filed a Joint Stipulation of Dismissal Without Prejudice (doc. 10). Therefore, the court hereby **ORDERS** that this action and all claims contained herein are hereby **DISMISSED WITHOUT PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this the 18th day of July, 2017.

*/s/ V.E. Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge